# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #085938**

v.  **CASE NO. 4:20-CV-00058-BSM-JJV**

**PAUL SCOTT,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Kenneth Pitt's objections, United States Magistrate Judge Joe Volple's partial recommended disposition [Doc. No. 27] is adopted. Pitts may proceed with his inadequate medical care claim against Nunag, but all other claims and defendants are dismissed without prejudice. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE