# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH RAY PITTS**                                                                                    **PLAINTIFF**
**ADC #085938**

v.                              **CASE NO. 4:20-CV-00058-BSM**

**PAUL SCOTT,** *et al.*                                                                             **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Kenneth Pitts's objections, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 58] is adopted. Lerizza Nunag's motion for summary judgment [Doc. No. 50] is granted, Pitts's motion to dismiss Nunag's motion for summary judgment [Doc. No. 56] is denied, and Pitts's motion for appointment of counsel [Doc. No. 60] is denied as moot. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE